**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Felix Francisco BANEGAS–VERONES,
also known as Francisco Felipe Banega–Berone, also known as Felix Francisco Vanega–Berone, Defendant–Appellant.**

**No. 15–40843
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Scott Andrew Martin, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before DAVIS, SMITH, and PRADO, Circuit Judges.

## PER CURIAM: *

Appealing the judgment in a criminal case, Felix Francisco Banegas–Verones raises an argument that is foreclosed by *United States v. Martinez–Lugo*, 782 F.3d 198, 204–05 (5th Cir.), *cert. denied*, —— U.S. ——, 136 S.Ct. 533, 193 L.Ed.2d 426 (2015). In *Martinez–Lugo*, 782 F.3d at 204–05, we held that an enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i) for a prior felony conviction of a drug trafficking offense is warranted regardless whether the prior conviction required proof of remuneration or commercial activity. Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

Before DAVIS, SMITH, and PRADO, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

